UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.

                                  Case No. 12-cr-163-01-SM

Craig Murdough,
    Defendant

O R D E R

Defendant Murdough's Assented-to Motion to Continue the final pretrial conference and trial for 30 days is granted (document no. 27). Trial has been rescheduled for the month of May 2013. Defendant Murdough shall file a waiver of speedy trial rights not later than April 8, 2013.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for May 10, 2013 at 11:30 a.m. Jury selection will take place on May 21, 2013 at 9:30 a.m.

SO ORDERED.

Date: March 27, 2013     _/s/ Steven J. McAuliffe_
                              Steven J. McAuliffe
                              U.S. District Judge

cc: Bezhad Mirhashem Esq.
    Robert Veiga, AUSA
    U.S. Marshal
    U.S. Probation