UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>**United States of America**</u>

Criminal No. 12-cr-163-01-SM

v.

<u>**Craig Murdough**</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 36) filed by defendant is granted; Final Pretrial is rescheduled to August 9, 2013 at 11:30 AM; Trial is continued to the two-week period beginning August 20, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: July 10, 2013

cc: Robert J. Veiga, Esq.
    Behzad Mirhashem, Esq.
    U.S. Marshal
    U.S. Probation